OPINION — AG — PURSUANT TO THE EXPRESS PROVISIONS OF 82 O.S. 1975 Supp., 1085.12 [82-1085.12], THE OKLAHOMA WATER RESOURCES BOARD MAY DELEGATE TO THE EXECUTIVE DIRECTOR OF THE OKLAHOMA WATER RESOURCES BOARD THE AUTHORITY TO REVALIDATE TEMPORARY GROUND WATER (GROUNDWATER) PERMITS, TO APPROVE THE ADDING OR REPLACING OF WATER WELLS UNDER EXISTING GROUNDWATER PERMITS, AND TO RENEW WATER WELL DRILLER'S LICENSES. CITE: 82 O.S. 1975 Supp., 1085.12 [82-1085.12] (JAMES R. BARNETT)